# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | CR 11-3402-TUC-DCB(LAB) |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| Patrick Ronald Woodard; ) | |
| Robbin Shea Brown, ) | |
| ) | |
| Defendant. ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion to Suppress Statements.

Magistrate Judge Leslie Bowman conducted a hearing on October 15, 2012 and December 4, 2012, and issued her Report and Recommendation (Doc. 207) on January 4, 2013.  A copy was sent to all parties.  No objections to the Magistrate Judge's Report and Recommendation have been filed.  Any objections that have not been raised are waived and will not be addressed by the Court.  *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Bowman's Report and Recommendation is

/ / /

ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Defendant's Motions (Docs. 127 and 167) are denied.

DATED this 28th day of February, 2013.

David C. Bury
United States District Judge